**Order entered March 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01470-CV

**HEALTHSOUTH REHABILITATION HOSPITAL OF RICHARDSON, LLC, Appellant**

**V.**

**JOSEPH RICH, AS NEXT FRIEND FOR JESSE MAE RICH, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00480**

## ORDER

Before the Court is appellee's March 19, 2019 unopposed motion for an extension of

time to file his brief. We **GRANT** the motion and extend the time to **April 12, 2019**.

/s/    KEN MOLBERG
       JUSTICE